David Evans, #5-1660
Autumn Aspen #7-5695
HICKEY & EVANS, LLP
1800 Carey Avenue, Suite 700
P.O. Box 467
Cheyenne, WY 82003-0467
Ph: 307-634-1525
Fx: 307-638-7335
devans@hickeyevans.com
aaspen@hickeyevans.com
*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| PLUMBERS AND PIPEFITTERS ) <br> UA LOCAL 192, PLUMBERS ) <br> AND PIPEFITTERS NATIONAL ) <br> PENSION FUND, INTERNATIONAL ) <br> TRAINING FUND, PIPE INDUSTRY ) <br> HEALTH AND WELFARE FUND ) <br> OF COLORADO, PIPE TRADES ) <br> PENSION OF MONTANA ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> DON HAUGHT, INC., dba Valley ) <br> Plumbing and Heating ) <br> ) <br> Defendant. ) | Civil Action No. 18-CV-215-F |

### PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE
### PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Plaintiffs, Plumber and Pipefitters UA Local 192, Plumbers and Pipefitters National Pension Fund, International Training Fund, Pipe Industry Health and Welfare Fund of Colorado,

and Pipe Trades Pension of Montana, hereby provide notice that the above captioned action is voluntarily dismissed, without prejudice, against defendant Don Haught, Inc. pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

A plaintiff may voluntarily dismiss an action, without Court Order, before the party serves either an answer or a motion for summary judgment. F.R.C.P. 41(a)(1)(A). Defendant has not filed an answer or motion for summary judgment. As such, a dismissal of this action without prejudice pursuant to Rule 41(a)(1)(A)(i) is proper.

Respectfully submitted this 31st day of July, 2019.

BY: *s/ David Evans*
David Evans (5-1660)
Autumn A. Aspen (7-5695)
HICKEY & EVANS, LLP
1800 Carey Avenue, Suite 700
P.O. Box 467
Cheyenne, WY  82003-0467
Ph:  307-634-1525
Fx:  307-638-7335
devans@hickeyevans.com
aaspen@hickeyevans.com

*Attorneys for Plaintiffs*